AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 MAY 27 PM 3:42

CLERK
BY _____
DEPUTY CLERK

| United States of America | ) |
| v. | ) Case No. 5:22-cr-58-2 |
| BERK ERATAY | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BERK ERATAY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspired to use interstate commerce to facilitate a murder-for-hire, between in or about May 2017 to in or about February 2018, resulting in death ((18 U.S.C. § 1958))

Date: 05/19/2022

*Issuing officer's signature*

City and state: BURLINGTON, VT

Emerson Howe, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5.19.2022, and the person was arrested on *(date)* 5.24.2022
at *(city and state)* LA, California.

Date: 5.27.2022

*For FBI*
*Arresting officer's signature*

John Curtis / SDUSM
*Printed name and title*