UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 5:22-cr-58-2 |
| | ) | |
| BERK ERATAY, | ) | |

**<u>NOTICE OF APPEARANCE</u>**

NOW COMES, the undersigned attorney Robert W. Katims, and hereby enters his appearance on behalf of the Defendant, Berk Eratay.

DATED at Burlington, Vermont this 17th day of June, 2022.

By: */s/ Robert Katims*
Robert W. Katims, Esq.
Hoffa Curtis
60 Main Street
Burlington, VT  05401
(802) 864-6400
rkatims@hoffcurtis.com