NOTICE OF HEARING

---

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

   v.                                       Case No. 5:22-cr-58-2

Berk Eratay

TAKE NOTICE that the above-entitled case has been scheduled at 1:00 PM on Tuesday, September 27, 2022, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Release from Custody (Doc. 16).

Location: Main Courtroom                      JEFFREY S. EATON, Clerk

                                                       By: *Pamela J. Lane*
                                                        Deputy Clerk
                                                        8/30/2022

TO:

Paul J. Van de Graaf, AUSA
Jonathan Ophardt, AUSA

Robert W. Katims, Esq.

Sunnie Donath, Court Reporter