NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                        Case No. 5:22-cr-58-2

Berk Eratay

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Wednesday, March 22, 2023 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for an Arraignment on the Third Superseding Indictment via video conference.

Location: via video conference                       JEFFREY S. EATON, Clerk
                                                                              By: */s/ Emerson Howe*
                                                                                Deputy Clerk
                                                                                3/21/2023

TO:

Jonathan Ophardt, AUSA
Paul J. Van de Graaf, AUSA

Robert W. Katims, Esq.

Sunnie Donath, Court Reporter