NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                     Case No. 5:22-cr-58-1-2

Serhat Gumrukcu
Berk Eratay

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Friday, January 19, 2024 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Pretrial Conference and Hearing on Motion to Dismiss Count IV of the Indictment (Doc. 109), Motion to Dismiss Count Four of the Third Superseding Indictment (Doc. 110), and Motion for Joinder as to Motion to Dismiss Count IV of the Indictment (Doc 111).

Location: Courtroom 110                                JEFFREY S. EATON, Clerk
                                                                             By: /s/ Emerson Howe
                                                                              Deputy Clerk
                                                                              11/29/2023

TO:

Jonathan Ophardt, AUSA
Paul J. Van de Graaf, AUSA
Zachary B. Stendig, AUSA

Lisa B. Shelkrot, Esq.
Ethan A. Balogh, Esq.
Susan K. Marcus, Esq.

Allan J. Sullivan, Esq.

Sunnie Donath, Court Reporter